FILED

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

99 JAN 22 PM 3: 50

U.S. DISTRICT COURT
N.D. OF ALABAMA

| | | |
|---|---|---|
| JACOB WILLIAMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CV 97-PT-0350-M |
| | ) | |
| SERGEANT TALMADGE D. STERLING, et al., | ) | |
| | ) | |
| Defendants. | ) | |

ENTERED
JAN 22 1999

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on September 14, 1998, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed pursuant to 28 U.S.C. § 1915A(b)(1) as frivolous and for failing to state a claim upon which relief can be granted. No objections have been filed. .

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED. Accordingly, the complaint is due to be dismissed pursuant to 28 U.S.C. § 1915A(b)(1) as frivolous and for failing to state a claim upon which relief can be granted. A Final Judgment will be entered.

DATED this 20th day of Jan., 1999.

ROBERT B. PROPST
UNITED STATES DISTRICT JUDGE

17